Argued January 4, affirmed January 23, 1979

## HWANG, *Appellant,*
### *v.*
## AOUN, *Respondent.*
### (No. 32262, SC 25591)

588 P2d 1120

William G. Nokes, Corvallis, argued the cause and filed the brief for appellant.

Ralph C. Spooner, of Williams, Spooner & Graves, P.C., Salem, argued the cause and filed the brief for respondent.

Before Denecke, Chief Justice, and Tongue, Bryson and Linde, Justices.

PER CURIAM.

**PER CURIAM.**

The sole error plaintiff assigned was an instruction given. The exception was inadequate to inform the trial court of plaintiff's criticism of the instruction.

Affirmed.